**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6617

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JOMAR ALBERTO ORTIZ-LOPEZ,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:21-cr-00310-D-2)

Submitted:  November 19, 2024            Decided:  November 22, 2024

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jomar Alberto Ortiz-Lopez, Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jomar Alberto Ortiz-Lopez appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motions for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines. Upon review of the record, we discern no abuse of the court's considerable discretion in the denial of Ortiz-Lopez's motions. *See United States v. Smalls*, 720 F.3d 193, 195 (4th Cir. 2013) (providing standard of review); *see also United States v. Martin*, 916 F.3d 389, 398 (4th Cir. 2019) (recognizing that "[t]here is no right to a sentence reduction under § 3582(c)(2)"). Accordingly, we affirm the district court's order. *United States v. Ortiz-Lopez*, No. 5:21-cr-00310-D-2 (E.D.N.C. May 15, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*